**Opinion filed June 6, 2024**



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00136-CR

_____

## WILLIAM ARNETT, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 244th District Court**
**Ector County, Texas**
**Trial Court Cause No. C240559CR**

## M E M O R A N D U M   O P I N I O N

Appellant, William Arnett, has filed a pro se notice of appeal that relates to his pending criminal case.  Appellant attempts to appeal the trial court's purported denial of his motion to dismiss his indictment.  We dismiss the appeal.

When this appeal was docketed, the clerk of this court by letter informed Appellant and his counsel that it did not appear that the trial court had entered an appealable order.  We requested Appellant's counsel to respond and show grounds to continue this appeal.  Appellant's counsel responded and stated that he is unaware

of any reason for Appellant to file an appeal. Appellant's counsel confirmed that there are "no grounds for this appeal to be continued." Appellant also responded and requested that we "weigh in on this cause." Appellant has not shown grounds upon which this appeal may continue.

An appellate court has jurisdiction to consider an appeal filed by a criminal defendant from a final judgment of conviction or as otherwise authorized by law. *Ragston v. State*, 424 S.W.3d 49, 51–52 (Tex. Crim. App. 2014); *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). Because the trial court has not entered an appealable order in the underlying proceeding, we have no jurisdiction to entertain this appeal.

Accordingly, we dismiss the appeal for want of jurisdiction.


JOHN M. BAILEY
CHIEF JUSTICE


June 6, 2024

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2